**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.    1:23-cr-00014 |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| vs. | ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| JOSHUA D. SCOTT, | ) | |
| Defendant. | ) | |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Thomas M. Parker regarding the change of plea hearing of Defendant Joshua D. Scott which was referred to the Magistrate Judge with the consent of the parties.

On January 12, 2023, the Government filed a one count Indictment, charging Defendant Joshua D. Scott with Felon in possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924 (a)(8).  Defendant Joshua D. Scott was arraigned on January 26, 2023, during which Mr. Scott entered a plea of not guilty to the charge. On March 27, 2023 Magistrate Judge Parker received Defendant's plea of guilty to count 1 of the Indictment, with a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Joshua D. Scott is found to be competent to enter a plea and to understand his constitutional

rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Joshua D. Scott is adjudged guilty of Count 1 of the Indictment, Felon in possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924 (a)(8). This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report. Sentencing will take place on July 7, 2023, at 1:00 p.m. in Courtroom 17B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

*s/David A. Ruiz*     5/31/2023
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE